Action by Leo Schlesinger, as receiver, against Henry Bischoff. C. E. Rushmore, for appellant. S. F. Kneeland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SELLEW, Appellant, v. HOLMES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Timothy G. Sellew against James H. Holmes and others. No opinion. Judgment affirmed, with costs.

SEROWITZ, Respondent, v. ZWEIFACH et al., Appellants. (Supreme Court, Appellate Term. June 1, 1906.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Zimon Serowitz against Adolf Zweifach and another. From a Municipal Court judgment in favor of plaintiff, and from an order denying defendants' motion for a new trial, they appeal. Affirmed. J. Wilkenfeld, for appellants. E. A. Klein, for respondent.

PER CURIAM. The case was tried by the justice without a jury. Judgment was rendered for the plaintiff and against the defendants upon conflicting evidence, and the questions of fact were decided in favor of the plaintiff. The claim that the justice presiding at the trial was disqualified is without merit. The judgment and order appealed from should be affirmed, with costs.

In re SHEEDY'S ESTATE. (Supreme Court, Appellate Division, First Department. May 18, 1906.) In the matter of Patrick Sheedy, deceased. No opinion. Motion granted. Order filed.

In re SKINNER'S ESTATE. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) In the matter of the appraisal of the estate of Samuel Perry Skinner, deceased, etc. No opinion. Motion to resettle order granted.

SLAWSON et al., Respondents, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Appeal from Special Term, New York County. Action by George S. Slawson and another against Helen F. Monahan to restrain defendant from obstructing the halls or interfering with the lights and access to the plaintiff's premises. From a temporary injunctional order, defendant appeals. Modified and affirmed.

PER CURIAM. The temporary injunction order should be modified, by adding a provision to the effect that nothing therein contained shall be construed as interfering with the right of the defendant to turn on or off, at will the lights in rooms 1 and 8 on the second floor of the building known and numbered as 2875 Broadway, borough of Manhattan, New York, for which she holds a lease, and, as thus modified affirmed, without costs.

SLIPPER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Depart-

ment. May 18, 1906.) Action by Zillah J. Slipper against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) In the matter of the petition of William Smith for an order revoking and canceling liquor tax certificate No. 26,152, issued to Stephen R. Ryan. No opinion. Order affirmed, with costs.

SMITH, Appellant, v. BERGER MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Mason M. Smith against the Berger Manufacturing Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

SMITH et al., Respondents, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Mary Smith and others against Michael Ryan and others. E. W. S. Johnston, for appellants. W. H. Griffin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH, Respondent, v. WALBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by F. De Lysle Smith against Josephine Walbaum. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the final award of costs, unless the plaintiff consents to a reduction of the judgment to $150, in which case the judgment of the Municipal Court is affirmed, without costs.

SPRING, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by T. Davis Spring against Frank M. Ryan. No opinion. Judgment affirmed, with costs.

STERN–BLOCH CO., Respondent, v. FRANKENSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906. Action by the Stern-Bloch Company against Solomon Frankenstein. R. Nathan, for appellant. D. G. Griffin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEVENS, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by William D. Stevens, Jr., against Samuel I. Gordon. No opinion. Order affirmed, with $10 costs and disbursements.

STILLMAN, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Thomas B. Stillman against Charles S. Johnson and another. G. S. Daniels, for appellant. H. T. Fay, for respondents. No opinion. Judgment affirmed, with costs, with leave